# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **LETICIA RODRIGUEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:25-cv-00309-ADA-SH** |
| | § | |
| **OLEKSII LESHKO AND MOBI** | § | |
| **EXPRESS LLC,** | § | |
| *Defendants* | § | |
| | § | |

## ORDER

The District Court must continue the trial of this case currently set for August 3, 2026. Dkt. 18.

Accordingly, the Court **ORDERS** the parties to file an amended agreed scheduling order on or

before **June 15, 2026** that includes a proposed trial date **at least 90 days** after the current setting

and all other unexpired deadlines in the Amended Joint Scheduling Order.[1]

**SIGNED** on June 2, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.

1